| Statement of Earnings For: | RACHEL SMITH | | | | |
|---|---|---|---|---|---|
| Period Begin | 7/6/2026 | Company Id | 17169 | Employee Number | 1724 |
| Period End | 7/19/2026 | Department | 3016 | Pay Group | 17169 QSC |
| Check Date | 7/24/2026 | Position | MGR | Pay Type | Salary |
| Federal Filing | Single | Res State PA | | PA Exemptions | |
| Fed Exempts | 2 | Work State PA | | PA Additional | |
| Fed Additional | | Local Filing | PSD Code: 401001 | Local Exemptions | Local Additional |

**QSC Enterprises Inc**
597 Market Street
Kingston, PA 18704
570-718-6926

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14094578 | $0.00 | $2,860.80 | $1,858.81 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 35.7600 | 80.00 | 2,860.80 | 1,160.00 | 41,481.60 |
| *SafeHarborMatch | | | 114.43 | | 1,846.90 |
| Holiday | | | 0.00 | 40.00 | 1,430.40 |
| Bonus | | | 0.00 | | 400.00 |
| PTO | | | 0.00 | 80.00 | 2,860.80 |
| **Total:** | | 80.00 | 2,860.80 | 1,280.00 | 46,172.80 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 163.89 | 2,664.29 |
| MED EE | 38.33 | 623.12 |
| FEDERAL WH | 241.94 | 4,360.09 |
| PA WH | 81.15 | 1,319.29 |
| EDWARDSVILLE | 26.44 | 429.82 |
| PA SUI EE | 2.00 | 32.32 |
| EDWARDSVILLE | 2.00 | 30.00 |
| **Total:** | 555.75 | 9,459.03 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 155.40 | 2,331.00 |
| Dental Pre-tax | 57.64 | 806.96 |
| Vision Pre-tax | 4.34 | 60.76 |
| 401(k) Roth | 228.86 | 3,698.78 |
| **Total:** | 446.24 | 6,892.50 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| PTO Salary and hourly | 0.00 | 0.00 | -80.00 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####6808 | Deposit Amount: | 1,858.81 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**QSC Enterprises Inc**
**597 Market Street**
**Kingston, PA 18704**
**570-718-6926**

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/24/2026 | V14094578 |

| TOTAL NET PAY |
|---|
| ******$1,858.81 |

Your entire Net pay of $1,858.81 has been deposited in your bank account(s).

RACHEL SMITH
1224 WYOMING AVE APT 2
EXETER, PA 18643

**NOT NEGOTIABLE**

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

Statement of Earnings For: **RACHEL SMITH**

**QSC Enterprises Inc**
597 Market Street
Kingston, PA 18704
570-718-6926

| | | | | | |
|---|---|---|---|---|---|
| Period Begin | 7/20/2026 | Company Id | 17169 | Employee Number | 1724 |
| Period End | 8/2/2026 | Department | 3016 | Pay Group | 17169 QSC |
| Check Date | 8/7/2026 | Position | MGR | Pay Type | Salary |
| Federal Filing | Single | Res State PA | | | |
| Fed Exempts | 2 | Work State PA | | | |
| Fed Additional | | Local Filing | PSD Code: 401001 | | |

PA Exemptions | PA Additional
Local Exemptions | Local Additional

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14181979 | $0.00 | $2,860.80 | $1,858.81 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 35.7600 | 72.00 | 2,574.72 | 1,232.00 | 44,056.32 |
| PTO | 35.7600 | 8.00 | 286.08 | 88.00 | 3,146.88 |
| *SafeHarborMatch | | | 114.43 | | 1,961.33 |
| Holiday | | | 0.00 | 40.00 | 1,430.40 |
| Bonus | | | 0.00 | | 400.00 |
| **Total:** | | 80.00 | 2,860.80 | 1,360.00 | 49,033.60 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 163.89 | 2,828.28 |
| MED EE | 38.33 | 661.45 |
| FEDERAL WH | 241.94 | 4,602.03 |
| PA WH | 81.15 | 1,400.44 |
| EDWARDSVILLE | 26.44 | 456.26 |
| PA SUI EE | 2.00 | 34.32 |
| EDWARDSVILLE | 2.00 | 32.00 |
| **Total:** | 555.75 | 10,014.78 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 155.40 | 2,486.40 |
| Dental Pre-tax | 57.64 | 864.60 |
| Vision Pre-tax | 4.34 | 65.10 |
| 401(k) Roth | 228.86 | 3,922.64 |
| **Total:** | 446.24 | 7,338.74 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| PTO Salary and hourly | 0.00 | 8.00 | -88.00 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####6808 | Deposit Amount: 1,858.81 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**QSC Enterprises Inc**
**597 Market Street**
**Kingston, PA 18704**
**570-718-6926**

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/7/2026 | V14181979 |

| TOTAL NET PAY |
|---|
| ******$1,858.81 |

Your entire Net pay of $1,858.81 has been deposited in your bank account(s).

RACHEL SMITH
1224 WYOMING AVE APT 2
EXETER, PA 18643

**NOT NEGOTIABLE**

MP
DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

Statement of Earnings For: **RACHEL SMITH**

**QSC Enterprises Inc**
597 Market Street
Kingston, PA 18704
570-718-6926

| | | | | | |
|---|---|---|---|---|---|
| Period Begin | 8/3/2026 | Company Id | 17169 | Employee Number | 1724 |
| Period End | 8/16/2026 | Department | 3016 | Pay Group | 17169 QSC |
| Check Date | 8/21/2026 | Position | MGR | Pay Type | Salary |
| Federal Filing | Single | Res State PA | | PA Exemptions | PA Additional |
| Fed Exempts | 2 | Work State PA | | | |
| Fed Additional | | Local Filing | PSD Code: 401001 | Local Exemptions | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14263953 | $0.00 | $2,960.80 | $1,917.00 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 35.7600 | 80.00 | 2,860.80 | 1,312.00 | 46,917.12 |
| Bonus | | | 100.00 | | 500.00 |
| *SafeHarborMatch | | | 118.43 | | 2,079.76 |
| Holiday | | | 0.00 | 40.00 | 1,430.40 |
| PTO | | | 0.00 | 88.00 | 3,146.88 |
| **Total:** | | 80.00 | 2,960.80 | 1,440.00 | 51,994.40 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 170.10 | 2,998.38 |
| MED EE | 39.78 | 701.23 |
| FEDERAL WH | 263.94 | 4,865.97 |
| PA WH | 84.22 | 1,484.66 |
| EDWARDSVILLE | 27.44 | 483.70 |
| PA SUI EE | 2.08 | 36.40 |
| EDWARDSVILLE | 2.00 | 34.00 |
| **Total:** | 589.56 | 10,604.34 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 155.40 | 2,641.80 |
| Dental Pre-tax | 57.64 | 922.24 |
| Vision Pre-tax | 4.34 | 69.44 |
| 401(k) Roth | 236.86 | 4,159.50 |
| **Total:** | 454.24 | 7,792.98 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| PTO Salary and hourly | 0.00 | 0.00 | -88.00 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####6808 | Deposit Amount: 1,917.00 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**QSC Enterprises Inc**
**597 Market Street**
**Kingston, PA 18704**
**570-718-6926**

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/21/2026 | V14263953 |

| TOTAL NET PAY |
|---|
| ******$1,917.00 |

Your entire Net pay of $1,917.00 has been deposited in your bank account(s).

RACHEL SMITH
1224 WYOMING AVE APT 2
EXETER, PA 18643

**NOT NEGOTIABLE**

MP

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

Statement of Earnings For: **RACHEL SMITH**

**QSC Enterprises Inc**
597 Market Street
Kingston, PA 18704
570-718-6926

| | | | | | |
|---|---|---|---|---|---|
| Period Begin | 8/17/2026 | Company Id | 17169 | Employee Number | 1724 |
| Period End | 8/30/2026 | Department | 3016 | Pay Group | 17169 QSC |
| Check Date | 9/4/2026 | Position | MGR | Pay Type | Salary |
| Federal Filing | Single | Res State PA | | PA Exemptions | PA Additional |
| Fed Exempts | 2 | Work State PA | | | |
| Fed Additional | | Local Filing | PSD Code: 401001 | Local Exemptions | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V14346495 | $0.00 | $2,860.80 | $1,858.81 | |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 35.7600 | 80.00 | 2,860.80 | 1,392.00 | 49,777.92 |
| *SafeHarborMatch | | | 114.43 | | 2,194.19 |
| Holiday | | | 0.00 | 40.00 | 1,430.40 |
| Bonus | | | 0.00 | | 500.00 |
| PTO | | | 0.00 | 88.00 | 3,146.88 |
| **Total:** | | 80.00 | 2,860.80 | 1,520.00 | 54,855.20 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 163.89 | 3,162.27 |
| MED EE | 38.33 | 739.56 |
| FEDERAL WH | 241.94 | 5,107.91 |
| PA WH | 81.15 | 1,565.81 |
| EDWARDSVILLE | 26.44 | 510.14 |
| PA SUI EE | 2.00 | 38.40 |
| EDWARDSVILLE | 2.00 | 36.00 |
| **Total:** | 555.75 | 11,160.09 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Medical Pre-tax | 155.40 | 2,797.20 |
| Dental Pre-tax | 57.64 | 979.88 |
| Vision Pre-tax | 4.34 | 73.78 |
| 401(k) Roth | 228.86 | 4,388.36 |
| **Total:** | 446.24 | 8,239.22 |

**LEAVE ACCRUAL**

| Accrual Type | Accrued | Taken | Balance |
|---|---|---|---|
| PTO Salary and hourly | 0.00 | 0.00 | -88.00 |

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####6808 | Deposit Amount: | 1,858.81 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**QSC Enterprises Inc**
**597 Market Street**
**Kingston, PA 18704**
**570-718-6926**

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/4/2026 | V14346495 |

| TOTAL NET PAY |
|---|
| ******$1,858.81 |

Your entire Net pay of $1,858.81 has been deposited in your bank account(s).

RACHEL SMITH
1224 WYOMING AVE APT 2
EXETER, PA 18643

**NOT NEGOTIABLE**

MP

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**Highland Manor Nursing and Rehabilitatio**
750 Schooley Avenue
Exeter, PA 18643

**Voucher Date**
08/07/2026

**Voucher Number**
37626

******* This is not a check *******

**Direct Deposit Amount** $ *******102.87

3962E 7269 37626 119 180-200

Pay to
the order of:

**Rachel Smith**
1224 Wyoming Ave
Exeter, PA 18643

**Highland Manor Nursing and Rehabilitatio**
750 Schooley Avenue
Exeter, PA 18643

Rachel Smith

Voucher Number: 37626

| | | | |
|---|---|---|---|
| Employee Id | **7269** | Check Date | **08/07/2026** |
| Hire Date | **10/25/2023** | Period Begin | **07/19/2026** |
| Employee Status | **A** | Period End | **08/01/2026** |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 8.00 | 14.86 | 118.88 | 1,269.69 |
| | **8.00** | | **118.88** | **1,269.69** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 118.88 | 0.00 | 0.00 |
| Social Security | | 118.88 | 7.37 | 78.72 |
| Medicare | | 118.88 | 1.72 | 18.41 |
| Pennsylvania SITW | | 118.88 | 3.65 | 38.97 |
| PA SUI - EE | | 118.88 | 0.08 | 0.89 |
| Luzerne Tax Collection D | | 118.88 | 1.19 | 12.69 |
| Exeter B.(Luzerne)(Wyomi | | 118.88 | 2.00 | 16.00 |
| | | | **16.01** | **165.68** |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| VANTAGE TRUST FCU | ****6808 | 102.87 |
| | | **102.87** |

## Statement Summary

| | |
|---|---|
| Gross Pay | 118.88 |
| Federal Taxes | -9.09 |
| State and Local Taxes | -6.92 |
| Other Deductions | 0.00 |
| Net Pay | 102.87 |
| Direct Deposits | 102.87 |
| Net Check | 0.00 |

| Punches | Day | In | Out | Hours |
|---|---|---|---|---|
| 07/25 | Sat | 03:30PM | 07:23PM | 4.00 |
| 07/26 | Sun | 03:31PM | 07:23PM | 4.00 |

**Highland Manor Nursing and Rehabilitatio**
750 Schooley Avenue
Exeter, PA 18643

**Voucher Date**
08/21/2026

**Voucher Number**
37775

******* This is not a check *******

**Direct Deposit Amount** $ *******152.02

3962E 7269 37775 119 180-200

Pay to
the order of:

**Rachel Smith**
1224 Wyoming Ave
Exeter, PA 18643

**Highland Manor Nursing and Rehabilitatio**
750 Schooley Avenue
Exeter, PA 18643

Rachel Smith

Voucher Number: 37775

| | | | |
|---|---|---|---|
| Employee Id | **7269** | Check Date | **08/21/2026** |
| Hire Date | **10/25/2023** | Period Begin | **08/02/2026** |
| Employee Status | **A** | Period End | **08/15/2026** |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 11.75 | 14.86 | 174.61 | 1,444.30 |
| | **11.75** | | **174.61** | **1,444.30** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 174.61 | 0.00 | 0.00 |
| Social Security | | 174.61 | 10.83 | 89.55 |
| Medicare | | 174.61 | 2.53 | 20.94 |
| Pennsylvania SITW | | 174.61 | 5.36 | 44.33 |
| PA SUI - EE | | 174.61 | 0.12 | 1.01 |
| Luzerne Tax Collection D | | 174.61 | 1.75 | 14.44 |
| Exeter B.(Luzerne)(Wyomi | | 174.61 | 2.00 | 18.00 |
| | | | **22.59** | **188.27** |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| VANTAGE TRUST FCU | ****6808 | 152.02 |
| | | **152.02** |

## Statement Summary

| | |
|---|---|
| Gross Pay | 174.61 |
| Federal Taxes | -13.36 |
| State and Local Taxes | -9.23 |
| Other Deductions | 0.00 |
| Net Pay | 152.02 |
| Direct Deposits | 152.02 |
| Net Check | 0.00 |

| Punches | Day | In | Out | Hours |
|---|---|---|---|---|
| 08/08 | Sat | 11:33AM | 07:36PM | 8.00 |
| 08/09 | Sun | 03:28PM | 07:38PM | 4.25 |