Certificate Number: 17082-PAM-DE-041488382

Bankruptcy Case Number: 26-02626

17082-PAM-DE-041488382

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2026, at 4:30 o'clock PM MST, RACHEL L SMITH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 25, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director